AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JULIO SANDOVAL | ) Case No. | 1:22-cr-00233 SKO |
| | ) | |
| Defendant | ) | |

**UNSEALED** (stamp)
**FILED** AUG 31 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

USMS FRESNO RCVD
AUG 26 2022 PM 12:56

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JULIO SANDOVAL,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 2262(A)(2) & 2 – Interstate Violation of Protection Order and Aiding and Abetting

Date: 08/25/2022

_____
*Issuing officer's signature*

City and state: Fresno, CA

**Erica P. Grosjean, U.S. Magistrate Judge**
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/25/22, and the person was arrested on *(date)* 8/31/22
at *(city and state)* Fresno, CA

Date: 8/31/22

_____
*Arresting officer's signature*

F. Aguirre, TFA
*Printed name and title*