1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  GRIFFIN ESTES, CA Bar # 322095
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JULIO SANDOVAL

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.  1:22-cr-233-JLT-SKO-002

12              Plaintiff,             **STIPULATION TO MODIFY PRETRIAL
                                       RELEASE CONDITIONS; ORDER**
13  vs.

14                                     Judge:  Hon. Stanley A. Boone
    JULIO SANDOVAL
15
                Defendant.
16

17

18        The defendant, through counsel, Griffin Estes Assistant Federal Defender, counsel for the

19  defendant JULIO SANDOVAL, and the United States hereby stipulate to modify the conditions of

20  pretrial release, to add a condition as follows:

21

22        1.   You must surrender your passport to the Clerk, U.S. District Court, and you must not

23             apply for or obtain a passport or any other travel documents during the pendency of this

24             case.

25

26

27

28

1

Respectfully submitted,

2

PHILLIP A. TALBERT
United States Attorney

3

4

Dated:  September 9, 2022

*/s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

5

6

7

8

Dated:  September 9, 2022

HEATHER E. WILLIAMS
Federal Defender

9

10

*/s/  Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
JULIO SANDOVAL

11

12

13

14

15

16

17

**O R D E R**

18

19

    **GOOD CAUSE APPEARING**, the above stipulation to modify Mr. Sandoval's

20

conditions of release is hereby accepted and adopted as the order of this Court.

21

IT IS SO ORDERED.

22

23

Dated:   **September 9, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

Sandoval – Stipulation

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28