HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar # 322095
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JULIO SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIO SANDOVAL<br><br>Defendant. | Case No. 1:22-cr-233-JLT-SKO-002<br><br>**STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; ORDER**<br><br>Judge: Hon. Sheila K. Oberto |

On August 25, 2022, an indictment was issued charging Mr. Sandoval with a violation of 18 U.S.C §§ 2262(a)(2) and 2. ECF Dckt. # 1. An initial appearance on the indictment was held on August 31, 2022. ECF # Dckt. 13. The Court released Mr. Sandoval on his own recognizance with numerous pretrial release conditions. *See* ECF Dckt. # 13 and 16. Those conditions were modified on September 9, 2022. ECF Dckt. # 21. Because Mr. Sandoval moved residences, his pretrial release conditions were again modified on April 6, 2023. ECF Dckt. # 44. Mr. Sandoval has been in compliance with his pretrial services conditions, and he has been in communication with his pretrial services officer.

As is pertinent to this stipulation, condition # 7(f) set forth on page 2, on Docket # 44, states that the Mr. Sandoval must "must restrict [his] travel to the Eastern District of Missouri, and to the Eastern District of California for Court purposes only, unless otherwise approved in advance by the pretrial services officer." Mr. Sandoval, with the approval of his pretrial services officer, has

1  moved to Arkansas. His pretrial release conditions therefore must be modified again.

2  Mr. Sandoval, through counsel, Griffin Estes Assistant Federal Defender, and the United
3  States hereby stipulate to modify the conditions of pretrial release, to amend condition 7(f) as
4  follows:

5  - Remove: "You must restrict your travel to the Eastern District of Missouri, and to the
6  Eastern District of California for Court purposes only, unless otherwise approved in advance by
7  the pretrial services officer."

8  - Add: "You must restrict your travel to the State of Arkansas, and to the Eastern District of
9  California for Court purposes only, unless otherwise approved in advance by the pretrial services
10 officer."

11 Undersigned counsel have been contacted by Pretrial Services, who is requesting this
12 modification.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: April 18, 2024        */s/ Michael Tierney*
                             MICHAEL TIERNEY
                             Assistant United States Attorney
                             Attorney for Plaintiff

Dated: April 18, 2024        HEATHER E. WILLIAMS
                             Federal Defender

                             */s/ Griffin Estes*
                             GRIFFIN ESTES
                             Assistant Federal Defender
                             Attorney for Defendant
                             JULIO SANDOVAL

**O R D E R**

**GOOD CAUSE APPEARING**, the above stipulation to modify Mr. Sandoval's conditions of release is hereby accepted and adopted as the order of this Court. All other orders remain in full force and effect.

Dated: 4/18/2024

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
United States Magistrate Judge