# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

DEC 09 2025

United States,

         Plaintiff,

vs.

Shana Gaviola & Julio Sandoval
         Defendant.

CASE NO: 1:22-cr-00233-JCC

_____/

## NOTE FROM THE JURY

___ The jury has reached a unanimous verdict.    Time: _____

X The jury requests the following:    Time: 11:00

We want the testimony if Robert graves.

___ The jury has the following question(s):    Time: _____

DATED: 12/9/25.

FOREPERSON OF THE JURY

**COURT'S EXHIBITS**
CASE NO. 1:22-cr-00233-Jcc
EXHIBIT NO. 1