HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JULIO SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-0233-JCC-2 |
|---|---|
| Plaintiff, | |
| vs. | MOTION FOR RETURN OF PASSPORT; [PROPOSED] ORDER |
| JULIO SANDOVAL, | |
| Defendant. | |

Defendant, by his attorneys, hereby moves the Court for an Order directing the Clerk of this Court to return defendant's Passport as Mr. Sandoval is no longer on pretrial release.

In support of this request, the defendant offers the following:

1. On August 31, 2022, Mr. Sandoval was released on the instant case on a number of pretrial conditions, including surrendering his passport. *See* Dkt. #13, 15, 16.

2. The Court received Mr. Sandoval's passport ,"Passport Number 576769127" Dkt. #23.

3. On December 9, 2025, a jury returned a not-guilty verdict and Mr. Sandoval was terminated in this case. Dkt. #246.

4. Mr. Sandoval has been discharged from pretrial supervision; he requests the return of his passport .

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: 12/10/2025

*/s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorneys for Defendant
JULIO SANDOVAL

**ORDER**

IT IS SO ORDERED that Defendant JULIO SANDOVAL's Passport ("Passport Number 576769127") shall be returned to the defendant forthwith.

Date: December 10, 2025

JOHN C. COUGHENHOUR
United States District Judge