THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>     v.<br><br>JULIO SANDOVAL,<br><br>            Defendant. | CASE NO. 1:22-cr-0233-JCC-2<br><br>JUDGMENT OF ACQUITTAL |

Defendant Julio Sandoval was acquitted on Count 1 of the Indictment (Dkt. No. 1) by a jury on December 9, 2025. (*See* Dkt. No. 253.) Accordingly, it is ORDERED *nunc pro tunc* that this charge against Mr. Sandoval be DISMISSED and all pretrial conditions of release be TERMINATED pursuant to this acquittal.

DATED this 19th day of February 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

JUDGMENT OF ACQUITTAL
PAGE - 1