KAREN L. LANDAU, CSB # 128728
Law Office of Karen L. Landau, P.C.
1966 Tice Valley Blvd., # 189
Walnut Creek, California 94595
(510) 501-2781 (telephone)
Email: karenlandau@karenlandau.com
Attorney for Shana Gaviola

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>SHANA GAVIOLA,<br>Defendant. | 1:22-CR-233-JCC<br>Northern California<br>(~~Proposed~~) ORDER |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

Court reporter Rachael Lundy shall provide access to the sealed transcript of the hearing occurring on July 3, 2025, to appellate defense counsel Karen L. Landau.

Dated: July 27, 2026

HON. JOHN C. COUGHENOUR
United States District Judge